**FILED**

MAR 11 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS, | No. C 14-2516 LHK (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 5, 2015, plaintiff filed a notice of voluntary dismissal. Plaintiff may voluntarily dismiss his complaint without order of this court by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i). Here, defendants have not made an appearance in these proceedings, and have not filed an answer or motion for summary judgment. This action is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED: 3/11/2015

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Wilkins516vol-dism.wpd